AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations

# United States District Court

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **GARY DARNELL BLACK** | |

Case Number: CR00-3023-001-MWB
USM Number: 02071-029

**Priscilla Forsyth**
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation of condition(s) **listed below** of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| | New law violation - two counts (drug possession) | 12/16/2005 |
| | Illegal Possession of Controlled Substance | 12/16/2005 |
| Standard Condition No. 1 | Left Judicial District Without Permission | 12/16/2005 |
| Standard Condition No. 2 | Failure to Report to USPO and Failure to Submit Report Forms | 02/08/2006 |
| Special Condition No. 1 | Failure to Comply With Drug Testing | 02/08/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 21, 2006
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

**Mark W. Bennett, Chief U.S. District Court Judge**
Name and Title of Judicial Officer

2/21/06
Date

DEFENDANT:      **GARY DARNELL BLACK**
CASE NUMBER:    **CR00-3023-001-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   __two (2) years__   .

■ The court makes the following recommendations to the Bureau of Prisons:

**It is recommended the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program. It is also recommended the defendant be incarcerated at either FCI Waseca or FCI Oxford.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

■ **It is noted the defendant is still obligated to pay outstanding balance owed of $50 for his Special Assessment and $650 Restitution.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL